Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                        Plaintiff,<br><br>   v.<br><br>JOHN DOES 1-10 d/b/a DVDFILM.TV,<br><br>                        Defendants. | No. C07-1701 RSM<br><br>ORDER GRANTING MICROSOFT'S MOTION FOR LEAVE TO CONDUCT THIRD PARTY DISCOVERY |

THIS MATTER having come before the Court on Microsoft's Motion for Leave to Conduct Third Party Discovery, and the Court having considered the pleadings and matters on file, it is hereby ORDERED that Microsoft's motion is GRANTED.

Microsoft Corporation ("Microsoft") is hereby authorized to conduct third party discovery by issuing subpoenas to and conducting depositions of third parties for the purpose of determining the identities and locations of defendants John Does 1-10 d/b/a DVDFILM.TV in this matter. Microsoft's authorization in this respect includes the authorization to issue subpoenas to third parties it has identified through public records, as well as follow-up subpoenas to third parties it identifies based on production it receives in response to its initial subpoenas.

ORDER GRANTING MICROSOFT'S MOTION FOR
LEAVE TO CONDUCT THIRD PARTY DISCOVERY - 1
Case No. C07-1701RSM

K:\2000103\03035\20038_AW\20038P20ER

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  This Order authorizes any cable provider to whom Microsoft properly issues a
2  subpoena for information related to the defendants to disclose personal information of its
3  customers pursuant to 47 U.S.C. § 551.

4  Microsoft's authority to issue third party subpoenas pursuant to this Order shall expire
5  at the close of business 120 days from filing date of this order.

DATED this 5 day of _November_, 2007.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Alex Wagner
David A. Bateman, WSBA # 14262
Alex Wagner, WSBA # 36856
Attorneys for Plaintiff
Microsoft Corporation
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
E-mail:  alex.wagner@klgates.com

ORDER GRANTING MICROSOFT'S MOTION FOR
LEAVE TO CONDUCT THIRD PARTY DISCOVERY - 2
Case No. C07-1701RSM

K:\2000103\03035\20038_AW\20038P20ER

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022